STEDMAN, RESPONDENT, *v.* SWITZER ET AL., APPELLANTS.

See syllabus and opinion in the case of *Gans et al.* v. *Switzer et al., ante*, page 460.

*Appeal from First Judicial District, Lewis and Clarke County.*

Plaintiff's motion for judgment on the pleadings was granted by HUNT, J.

*Casey & Smith,* and *Fletcher Maddox,* for Appellants.

*Wade, Toole & Wallace,* for Respondent.

BLAKE, C. J. — All the questions arising in this case have been passed upon in *Gans* v. *Switzer, ante* (just decided), and for the reasons therein stated it is hereby ordered that the judgment be affirmed, with costs.

HARWOOD, J., and DE WITT, J., concur.